**EXHIBIT 1**

**PAYMENTS TO S&S FIBEROPTICS CORP. by BDC GROUP, INC.**

05.24.23        $13,997.21        ACH transfer from BDC Bank account, recorded as BDC Group check #4051

06.09.23        $9,348.95         ACH transfer from BDC Bank account, recorded as BDC Group check #4113