jdgfrm 5/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Chapter 7

BDC Group, Inc.
Debtor

Bankruptcy No. 23−00484

---

Renee K. Hanrahan
in her sole capacity as Trustee
Plaintiff

vs.

Adversary No. 25−09031

S&S FIBEROPTICS CORP.
Defendant

## JUDGMENT

The issues of this matter were considered by the Honorable Thad J. Collins, United States Bankruptcy Judge, and a decision was reached without trial or hearing.

**IT IS ORDERED AND ADJUDGED:**

that judgment be entered against S & S Fiberoptics Corp., in the amount of $23,346.16.

Sharon K. Mullin
Clerk, Bankruptcy Court
by:

Date of Issuance: August 6, 2025

Deputy Clerk