United States Bankruptcy Court

Northern District of Iowa

Hanrahan,
Plaintiff

Adv. Proc. No. 25-09031-TJC

S&S FIBEROPTICS CORP.,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0862-1 User: admin Page 1 of 1
Date Rcvd: Aug 06, 2025 Form ID: pdf902 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | S&S FIBEROPTICS CORP., C/O Registered Agent, Michael Sanicola, 14135 Dan Park Loop, Fort Myers, FL 33912-6853 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2025 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Elizabeth Lally | on behalf of Plaintiff Renee K. Hanrahan elally@lally-legal.com bakerm@goosmannlaw.com |
| Renee K. Hanrahan | rhanrahan@sharontc.net |
| United States Trustee | USTPRegion12.CR.ECF@usdoj.gov |

TOTAL: 3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE:<br><br>BDC GROUP, INC.,<br><br>Debtor.<br>______________________________<br><br>RENEE HANRAHAN, in her sole capacity as Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>S&S FIBEROPTICS CORP.,<br><br>Defendant. | Chapter 7 Bankruptcy<br>Case No. 23-00484<br><br>Adversary Case No. 25-09031<br><br>**ORDER ENTERING DEFAULT JUDGMENT** |

The matter before the Court is the Trustee's Motion for Default Judgment (Dkt. No. 4) filed on August 4, 2025, in the above-captioned proceeding. The Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED: Judgment be entered against Defendant S & S Fiberoptics Corp., in the amount of $23,346.16.

DATED AND ENTERED:

August 6, 2025

HONORABLE THAD J. COLLINS
Chief Bankruptcy Judge

Order prepared by:
**Counsel for the Plaintiff, Chapter 7 Trustee**

By: */s/ Elizabeth M. Lally*
Elizabeth M. Lally AT0013010
LALLY LEGAL GROUP, LLC

12020 Shamrock Plaza, Suite 200
Omaha, NE 68154
Telephone: 402-778-4840
Email: elally@lally-legal.com